UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                    :
**KATHERINE I. SULLIVAN,**          :
                                    :
      Plaintiff,     :    CASE NO. 3:02CV01932 (AVC)
                                    :
  v.                              :
                                    :
**DANA CORPORATION (VIRGINIA),**    :
                                    :
                                    :
      Defendant.     :    January 8, 2004
_____ :

### MOTION TO MODIFY PRETRIAL DEADLINES

In accordance with the provisions of Rule 6(b) of the Federal Rules of Civil Procedure, Local Civil Rule 7(b) and paragraph 3 of this Court's standing order on scheduling in civil cases, the defendant, Dana Corporation, moves to modify the existing pretrial deadlines in this case by extending all unexpired deadlines by sixty (60) days.

The scheduling order presently provides, in pertinent part, that all discovery shall be completed by January 30, 2004, and that all motions, except motions *in limine* incident to trial, shall be filed on or before March 5, 2004.

Good cause exists for this motion. The plaintiff is presently in the process of completing her compliance with the defendant's requests for document production. Once the plaintiff has completed her compliance, the defendant intends to take her deposition. The undersigned is also presently

**ORAL ARGUMENT NOT REQUESTED**

scheduled for trial commencing on January 13, 2004, in Hartford Superior Court in the matter of *Liszka v. Sadlak*, Docket No. CV-01-0808256S. In addition, the undersigned is actively committed to briefing schedules and filing requirements in other cases pending in both federal and state court (*Mr. & Mrs. B. v. East Granby Board of Education,* Case No. 3:00CV1909 (WWE) (D.Conn.); *Fair v Aetna US Healthcare, Inc., et al.,* Case No. 3:03CV1959 (GLG) (D.Conn.); *Honeywell International, Inc. v. Rolock, Inc., et al.,* Case No. 6:03-1558-20 (D.S.C.); *Prudential Life Insurance Co. v. Connors et al.,* Civil Action No. 03-CV-03945 (FSH) (D.N.J.); *Grass v. Grass,* Docket No. CV-03-0100217S (Conn. Super.); *Estate of Kevin P. Connors,* No. 01-0564 (Conn. Probate Court)) during this same time period which will require his complete attention. As a result of these circumstances the time limitations established by the current scheduling order cannot reasonably be met despite the diligence of counsel.

Steven D. Jacobs, counsel for the plaintiff, has been contacted and has authorized the undersigned to represent that he has no opposition to this motion.

The defendant has filed no prior motions for extension of time with respect to this same limitation.

DANA CORPORATION

By: /s/ Hugh W. Cuthbertson
Hugh W. Cuthbertson ct04133
Siegel, O'Connor, Zangari,
 O'Donnell & Beck, P.C.
171 Orange Street
P.O. Drawer 906
New Haven, CT  06504
Telephone: (203) 789-0001
Facsimile: (203) 782-2766
Email: hcuthbertson@siegeloconnor.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of January, 2004, a copy of the foregoing motion to modify pretrial deadlines was mailed by first class mail, postage prepaid, to Steven D. Jacobs, Esq., Jacobs, Jacobs & Shannon, P.C., 265 Orange Street, New Haven, CT 06510.

/s/ Hugh W. Cuthbertson
Hugh W. Cuthbertson