UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KATHERINE I. SULLIVAN, | : |
| Plaintiff, | : |
| | : CASE NO. 3:02CV01932 (AVC) |
| v. | : |
| DANA CORPORATION (VIRGINIA), | : |
| Defendant. | : January 8, 2004 |

## MOTION TO MODIFY PRETRIAL DEADLINES

In accordance with the provisions of Rule 6(b) of the Federal Rules of Civil Procedure, Local Civil Rule 7(b) and paragraph 3 of this Court's standing order on scheduling in civil cases, the defendant, Dana Corporation, moves to modify the existing pretrial deadlines in this case by extending all unexpired deadlines by sixty (60) days.

The scheduling order presently provides, in pertinent part, that all discovery shall be completed by January 30, 2004, and

3:02CV1932(AVC). January 14, 2004. The defendant's motion for an extension of time (document no. 22) is GRANTED as follows: (1) all discovery, including depositions of all witnesses, shall be completed by March 31, 2004; (2) all motions, except motions in limine incident to a trial, shall be filed on or before April 30, 2004; (3) the parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on May 15, 2004; and (4) the case shall be ready for trial by June 15, 2004.
SO ORDERED.

Alfred V. Covello, U.S.D.J.