FILED

2004 MAR 10 A 11: 30

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **KATHERINE I. SULLIVAN,** | : | **CASE NO. 3:02cv1932 (AVC)** |
| **Plaintiff** | : | |
| **vs.** | : | |
| | : | |
| **DANA CORPORATION (VIRGINIA)** | : | **MARCH 9, 2004** |

### REQUEST FOR LEAVE TO AMEND COMPLAINT

The plaintiff hereby requests leave to amend her complaint in accordance with the attached proposed Second Amended Complaint.

THE PLAINTIFF

BY: _____
STEVEN D. JACOBS, ESQ.
JACOBS, JACOBS & SHANNON, P.C.
265 ORANGE STREET
NEW HAVEN, CT 06510
(203) 562-6111
FEDERAL BAR NO. ct00409

### CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this __9th__ day of March, 2004 to: Attorney Hugh Cuthbertson, P.O. Drawer 906, 171 Orange Street, New Haven, CT 06504.

_____
STEVEN D. JACOBS