UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KATHERINE I. SULLIVAN, | : CASE NO. 302CV01932(AVC) |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| | : |
| DANA CORPORATION (VIRGINIA) | : |
| AND WILLIAM WAGNER, | |
| | : |
| Defendants. | : March 11, 2004 |

MOTION FOR INITIAL EXTENSION OF TIME

In accordance with the provisions of Local Rule 7(b)1(a), the defendant, Dana Corporation ("Dana"), hereby requests an initial extension of two weeks, until April 14, 2004, within which to serve its response to the plaintiff's request for leave to file a second amended complaint, filed March 10, 2004.

The undersigned has a previously scheduled family vacation out of the country from March 13 through March 27, 2004. The plaintiff's request for leave to amend was not received until today and the requested extension is requested in order to allow a sufficient time to prepare and file an adequate response.

On March 11, 2004, the undersigned inquired of opposing counsel, Steven D. Jacobs, concerning whether he had any opposition to this motion and Attorney Jacobs authorized the undersigned to represent that he has no such opposition.

ORAL ARGUMENT NOT REQUESTED

Dana has filed no prior motion for an extension of time with respect to this time limitation.

                                    DANA CORPORATION


                          By: *Hugh W. Cuthbertson*
                              Hugh W. Cuthbertson ct04133
                              Siegel, O'Connor, Zangari,
                                O'Donnell & Beck, P.C.
                              171 Orange Street
                              P.O. Drawer 906
                              New Haven, CT  06504
                              Telephone: (203) 789-0001
                              Facsimile: (203) 782-2766
                              Email:
                              hcuthbertson@siegeloconnor.com


                         **CERTIFICATE OF SERVICE**

     This is to certify that a copy of the foregoing motion for extension of time has been served, this 11th day of March, 2004, on Steven D. Jacobs, Esq., Jacobs, Jacobs & Shannon, P.C., 265 Orange Street, New Haven, Connecticut 06510, by first class mail, postage prepaid.


                              *Hugh W. Cuthbertson*
                              Hugh W. Cuthbertson


                                   -2-