**FILED**

2004 MAR 15 P 2: 28

U.S. DISTRICT COURT
UNITED STATES DISTRICT COURT
HARTFORD CT.

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KATHERINE I. SULLIVAN, | : | CASE NO. 3:02CV01932(AVC) |
| Plaintiff | : | |
| vs. | : | |
| | : | |
| DANA CORPORATION | : | |
| | : | |
| Defendant | : | March 11, 2004 |

## MOTION TO EXTEND DISCOVERY DEADLINE

1. The deadline for completing discovery in this case is March 31, 2004.

2. The plaintiff wishes to take the deposition of Andrea Salemme, a former employee of the defendant.

3. Defendant's counsel, Attorney Hugh Cuthbertson, will be out of the country on vacation during the weeks of March 14 and March 21, 2004.

4. The deposition of Ms. Salemme cannot be completed before the current discovery deadline.

5. An extension of the discovery deadline is necessary in order to enable the plaintiff to complete the depositions to be taken in this case.

6. Attorney Cuthbertson does not object to this motion.

7. No similar motions have been filed by the plaintiff in this case.

WHEREFORE, the plaintiff respectfully moves the court to extend the deadline for completing discovery in this case by 45 days until May 14, 2004.

THE PLAINTIFF

BY: _____
STEVEN D. JACOBS, ESQ.
JACOBS, JACOBS & SHANNON, P.C.
265 ORANGE STREET
NEW HAVEN, CT 06510
(203) 562-6111
FEDERAL BAR NO. ct00409

## CERTIFICATION

I hereby certify that on this 11th day of March, 2004, the foregoing Motion To Extend Discovery Deadline was mailed, postage prepaid to: Attorney Hugh Cuthbertson, P.O. Drawer 906, 171 Orange Street, New Haven, CT 06504.

_____
STEVEN D. JACOBS