**FILED**

2004 MAR 15 P 2: 28

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KATHERINE I. SULLIVAN, | : | CASE NO. 3:02CV01932(AVC) |
| Plaintiff | : | |
| vs. | : | |
| | : | |
| DANA CORPORATION | : | |
| | : | |
| Defendant | : | March 11, 2004 |

## MOTION TO EXTEND DISCOVERY DEADLINE

1. The deadline for completing discovery in this case is March 31, 2004.

2. The plaintiff wishes to take the deposition of Andrea Salemme, a former employee of the defendant.

3. Defendant's counsel, Attorney Hugh Cuthbertson, will be out of the country on vacation during the weeks of March 14 and March 21, 2004.

4. The deposition of Ms. Salemme cannot be completed before the current discovery deadline.

5. An extension of the discovery deadline is necessary in order to enable the plaintiff to complete the depositions to be taken in this case.

```
3:02CV1932(AVC).  February 17, 2004.  The plaintiff's motion for
an extension of time (document no. 28) is GRANTED as follows: All
discovery, including depositions of all witnesses, shall be
completed by April      2004.
SO ORDERED.
                          Alfred V. Covello, U.S.D.J.
```