FILED

2004 MAR 10 A 11: 30

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| KATHERINE I. SULLIVAN, | : | CASE NO. 3:02cv1932 (AVC) |
|---|---|---|
| **Plaintiff** | : | |
| vs. | : | |
| | : | |
| DANA CORPORATION (VIRGINIA) | : | MARCH 9, 2004 |

### REQUEST FOR LEAVE TO AMEND COMPLAINT

The plaintiff hereby requests leave to amend her complaint in accordance with the attached proposed Second Amended Complaint.

THE PLAINTIFF

BY: _____
STEVEN D. JACOBS, ESQ.
JACOBS, JACOBS & SHANNON, P.C.
265 ORANGE STREET
NEW HAVEN, CT 06510
(203) 562-6111
FEDERAL BAR NO. ct00409

### CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this __9th__ day of March, 2004 to: Attorney Hugh Cuthbertson, P.O. Drawer 906, 171 Orange Street, New Haven, CT 06504.

3:02CV1932(AVC). April 16, 2004. The plaintiff's motion to amend the complaint (document no. 26) is DENIED without prejudice to its refiling in accordance with Conn. L. R. Civ. P. 7(a), which requires that "[a]ny motion involving disputed issues of law shall be accompanied by a written memorandum of law . . . ." SO ORDERED.