```
           UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT

          Settlement Conference Calendar
          Honorable J. Read Murphy, PJO
           450 Main Street, Hartford, CT

             Chambers Room #125 - Annex
```

**May 26, 2004**
**10:00 a.m.**

RESCHEDULED FROM 4/21/04 & 5/5/04

NOTICE TO COUNSEL:  ALL PARTIES SHALL BE COUNSELED BY THEIR RESPECTIVE ATTORNEYS SO AS TO BE PREPARED TO CONSIDER SETTLEMENT REASONABLY REFLECTIVE OF THE ISSUES IN THIS CASE, THE EVIDENCE BEARING THEREON, THE APPLICABLE LAW AND THE RANGE OF POSSIBLE RESULTS IN AN ADJUDICATION.  <u>EACH PARTY NECESSARY TO CONSIDERATION OF SETTLEMENT SHALL BE IN COURT AT THE TIME SET FORTH ABOVE.</u>

AT LEAST TWO (2) DAYS BEFORE THE CONFERENCE DATE, EACH PARTY SHALL SUBMIT <u>TO CHAMBERS</u> A MARKED CONFIDENTIAL EX PARTE STATEMENT OF THE FOLLOWING:

1) ALL CLAIMS; 2) FACTUAL BASIS FOR CLAIMS (INCLUDING DAMAGES); 3) RANGE OF POSSIBLE RECOVERY; 4) PROBABLE RANGE OF RECOVERY; 5) PROSPECTS FOR SUCCESS AND REASONS THEREFOR; 6) SETTLEMENT DEMANDS/OFFERS INCLUDING THE ELEMENTS AND STRUCTURE OF POSSIBLE SETTLEMENT.

<u>3:02CV01932 (AVC)</u> <u>Sullivan v. Dana Corp. (Virginia)</u>

Hugh W. Cuthbertson
Siegel, O'Connor, Zangari, O'Donnell & B
59 Elm St., Suite 200
New Haven, CT 06510

Steven D. Jacobs
Jacobs, Jacobs & Shannon, Pc
265 Orange St.
New Haven, CT 06510

                              BY ORDER OF THE COURT

                              KEVIN F. ROWE, CLERK