02CV1932next

38

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KATHERINE I. SULLIVAN, | : |
| Plaintiff, | : CASE NO. 3:02CV01932 (AVC) |
| v. | : |
| DANA CORPORATION (VIRGINIA), | : |
| Defendant. | : MAY 10, 2004 |

### MOTION TO MODIFY PRETRIAL DEADLINES

In accordance with the provisions of Rule 6(b) of the Federal Rules of Civil Procedure, Local Civil Rules 7(b) and 16(b), and paragraph 3 of this Court's Standing Order on Scheduling in Civil Cases, the defendant, Dana Corporation ("Dana"), moves to modify the existing pretrial deadlines in this case by extending the date by which dispositive motions may be filed until June 15, 2004. For the reasons set forth below, good cause exists for the modification herein requested.

On March 15, 2004, the plaintiff filed a motion to extend

3:02CV1932(AVC). May 13, 2004. The defendant's motion to modify the scheduling order (document no. 38) is GRANTED as follows: (1) all motions, except motions in limine incident to a trial, shall be filed on or before June 15, 2004; (2) the parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on July 15, 2004; and (3) the case shall be ready for trial by September 1, 2004.
SO ORDERED