UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KATHERINE I. SULLIVAN, : | |
| : | |
| Plaintiff, : | CASE NO. 3:02CV01932 (AVC) |
| : | |
| v. : | |
| : | |
| DANA CORPORATION (VIRGINIA), : | |
| : | |
| Defendant. : | MAY 26, 2004 |
| : | |

## MOTION TO MODIFY PRETRIAL DEADLINES

In accordance with the provisions of Rule 6(b) of the Federal Rules of Civil Procedure, Local Civil Rules 7(b) and 16(b), and paragraph 3 of this Court's Standing Order on Scheduling in Civil Cases, the defendant, Dana Corporation ("Dana"), moves to modify the existing pretrial deadlines in this case by extending the date by which dispositive motions may be filed until June 30, 2004.  For the reasons set forth below, good cause exists for the modification herein requested.

On May 26, 2004, the attorneys for the parties attended a settlement conference before Parajudicial Officer J. Read Murphy.  The settlement conference calendar issued in connection with this conference directed each party to attend the conference.  Mr. Murphy previously excused the defendant, Dana Corporation, which is located in Ohio, from personally attending the settlement conference, as long as a Dana representative with

**ORAL ARGUMENT NOT REQUESTED**

settlement authority was available by telephone. A Dana representative with settlement authority was available by telephone during the settlement conference on May 26, 2004. Mr. Murphy, however, did not excuse the plaintiff from personal attendance, but she nevertheless failed to appear at the settlement conference on May 26.

Notwithstanding the plaintiff's absence, the attorneys for both parties participated in settlement discussions with Mr. Murphy. As a result of those discussions, Mr. Murphy recommended a settlement range for both parties to consider and both attorneys agreed to recommend that range to their respective clients.

Attorney Jacobs will not be able to meet with the plaintiff, however, until June 1 at the earliest. Accordingly, Mr. Murphy scheduled another settlement conference for June 15, 2004, the first date on which he was next available. Mr. Murphy has required the plaintiff to attend this conference, but has allowed the undersigned to be available by telephone.

Although Dana is agreeable to participating further in settlement discussions, the current pretrial deadlines require that all summary judgment motions must be filed no later than June 15, the date scheduled for the next settlement conference. When the undersigned brought this fact to the attention of Mr. Murphy, he stated that he recommended Dana to move for a two-

2

week modification of the pretrial deadlines, until June 30, in order to permit Dana to participate in the settlement discussions without simultaneously having to prepare and file a motion for summary judgment.

Steven D. Jacobs, counsel for the plaintiff, has authorized the undersigned to represent that he has no opposition to this motion.

Parajudicial Officer Murphy also agrees that the pretrial deadlines should be modified as requested in this motion.

Dana has filed two prior motions for an extension of time with respect to this same limitation.

DANA CORPORATION

By: /s/ Hugh W. Cuthbertson
Hugh W. Cuthbertson ct04133
Siegel, O'Connor, Zangari,
  O'Donnell & Beck, P.C.
59 Elm Street, Suite 200
P.O. Drawer 906
New Haven, CT  06504
Telephone: (203) 789-0001
Facsimile: (203) 782-2766
Email:
hcuthbertson@siegeloconnor.com

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of May, 2004, a copy of the foregoing motion to modify pretrial deadlines was mailed by first class mail, postage prepaid, to Steven D. Jacobs, Esq., Jacobs, Jacobs & Shannon, P.C., 265 Orange Street, New Haven, CT 06510.

_____
Hugh W. Cuthbertson