UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

KATHERINE I. SULLIVAN,

    Plaintiff,

v.

DANA CORPORATION (VIRGINIA),

    Defendant.

2004 MAY 27 A 10: 52

U.S. DISTRICT COURT
HARTFORD, CT

CASE NO. 3:02CV01932 (AVC)

MAY 26, 2004

## MOTION TO MODIFY PRETRIAL DEADLINES

In accordance with the provisions of Rule 6(b) of the Federal Rules of Civil Procedure, Local Civil Rules 7(b) and 16(b), and paragraph 3 of this Court's Standing Order on Scheduling in Civil Cases, the defendant, Dana Corporation ("Dana"), moves to modify the existing pretrial deadlines in this case by extending the date by which dispositive motions may be filed until June 30, 2004. For the reasons set forth below, good cause exists for the modification herein requested.

On May 26, 2004, the attorneys for the parties attended a settlement conference before Parajudicial Officer J. Read Murphy. The settlement conference calendar issued in connection with this conference directed each party to attend the conference. Mr. Murphy previously excused the defendant, Dana Corporation, which is located in Ohio, from personally attending the settlement conference, as long as a Dana representative with

**ORAL ARGUMENT NOT REQUESTED**

June 1, 2004. GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.