UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

KATHERINE I. SULLIVAN

        Vs.                          CASE NO. 3:02CV01932 (AVC)

DANA CORP. (VIRGINIA)

<u>NOTICE TO COUNSEL</u>

    The above-entitled case was reported to the Court on <u>June 18, 2004</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

    Accordingly, an order of dismissal will be entered on <u>July 18, 2004</u> unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

    Dated at Hartford, Connecticut this 18th day of June, 2004.

                                      KEVIN F. ROWE, CLERK

                                By    /s/ JW
                                        Jo-Ann Walker
                                        Deputy Clerk