UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KATHERINE I. SULLIVAN, | : |
| Plaintiff, | : CASE NO. 3:02CV01932 (AVC) |
| v. | : |
| DANA CORPORATION (VIRGINIA), | : |
| Defendant. | : JULY 16, 2004 |

## STIPULATION OF DISMISSAL

In accordance with the provisions of Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated by and between Katherine Sullivan Goduti (formerly Katherine I. Sullivan), the plaintiff herein, and Dana Corporation, the defendant herein, by and through their undersigned attorneys, that the plaintiff's complaint, as amended, may and shall be dismissed with prejudice and without costs or attorney's fees.

KATHERINE SULLIVAN GODUTI

By: _____
Steven D. Jacobs ct00409
Jacobs, Jacobs & Shannon, P.C.
265 Orange Street
New Haven, CT 06510
Telephone: (203) 562-6111
Facsimile: (203) 235-0447

DANA CORPORATION

By: _____
Hugh W. Cuthbertson ct04133
Siegel, O'Connor, Zangari,
  O'Donnell & Beck, P.C.
59 Elm Street, Suite 200
P.O. Drawer 906
New Haven, CT  06504
Telephone: (203) 789-0001
Facsimile: (203) 782-2766