UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

KATHERINE I. SULLIVAN,           :
                                 :
        Plaintiff,               :    CASE NO. 3:02CV01932 (AVC)
                                 :
    v.                           :
                                 :
DANA CORPORATION (VIRGINIA),     :
                                 :
        Defendant.               :    JULY 16, 2004
                                 :

---

### STIPULATION OF DISMISSAL

In accordance with the provisions of Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated by and between Katherine Sullivan Goduti (formerly Katherine I. Sullivan), the plaintiff herein, and Dana Corporation, the defendant herein, by and through their undersigned attorneys, that the plaintiff's complaint, as amended, may and shall be dismissed with prejudice and without costs or attorney's fees.

KATHERINE SULLIVAN GODUTI                    DANA CORPORATION

By: _____                  By: _____
Steven D. Jacobs ct00409                     Hugh W. Cuthbertson ct04133
Jacobs, Jacobs & Shannon, P.C.               Siegel, O'Connor, Zangari,
265 Orange Street                              O'Donnell & Beck, P.C.
New Haven, CT 06510                          59 Elm Street, Suite 200
Telephone: (203) 562-6111                    P.O. Drawer 906
Facsimile: (203) 235-0447                    New Haven, CT  06504
                                             Telephone: (203) 789-0001
                                             Facsimile: (203) 782-2766

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By: _____
Deputy Clerk
2004 JUL 19